FILED

Oct 16  2 18 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL | : | NO.: 3:03CV00419 (MRK) |
| v. | : | |
| JOSEPH CAPALDO, ET AL | : | OCTOBER 15, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendants, Joseph Capaldo and Michael Krupa, hereby move the Court for an enlargement of time of thirty (30) days, up to and including **December 8, 2003**, in which to answer, object or otherwise respond to plaintiff's Requests for Discovery and Production dated October 8, 2003. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Williams, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion. The defendants have not sought any prior enlargements of time to respond to this discovery request.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including **December 8, 2003**, be granted.

DEFENDANTS,
JOSEPH CAPALDO
AND MICHAEL KRUPA


By *[signature]*
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: bjordan@hl-law.com

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 15th day of October, 2003.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

                                                  _____
                                                  Beatrice S. Jordan