UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL. | : : : | |
| Plaintiff, | : : | NO.  3:03cv419 (MRK) |
| v. | : : : | |
| JOSEPH CAPALDO, ET AL. | : : | |
| Defendant. | : | |

## ORDER

The defendants Joseph Capaldo's and Michael Krupa's Motion for Enlargement of Time (Doc. #14) filed October 16, 2003 is hereby **GRANTED**, but the existing deadline for completing discovery shall remain unchanged.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: October 23, 2003