FILED

Dec 4  3 25 PM '03

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY : <br> AND AS NEXT FRIEND OF HIS MINOR : <br> SON, ANTHONY PEZZENTI, AND : <br> JOHN C. MAYBEN : | NO.: 3:03CV00419 (JBA) |
| v. : | |
| JOSEPH CAPALDO AND : <br> MICHAEL KRUPA : | DECEMBER 3, 2003 |

## APPEARANCE

Please enter the appearance of **Melanie A. Dillon**, as attorney for the defendants, **Joseph Capaldo and Michael Krupa**, in the above-entitled action, along with other appearances from this firm.

DEFENDANTS,
JOSEPH CAPALDO
AND MICHAEL KRUPA

By /s/ Melanie A. Dillon
Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)
ct24786

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 3rd day of December, 2003.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

Melanie A. Dillon

2