FILED

DEC 4  3 25 PM '03

UNITED STATES DISTRICT COURT
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL | NO.: 3:03CV00419 (MRK) |
| v. | |
| JOSEPH CAPALDO, ET AL | DECEMBER 3, 2003 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b), the defendants, Joseph Capaldo and Michael Krupa, hereby move the Court for an enlargement of time of forty-five (45) days, up to and including **January 30, 2004**, in which to answer, object or otherwise respond to plaintiff's Requests for Discovery and Production dated October 8, 2003. The requested additional time will be necessary to coordinate the information required to prepare an appropriate response.

The undersigned has contacted Attorney Williams, counsel for the plaintiff, and has been advised that the plaintiff has no objection to the granting of this motion. This is the defendants' second motion for enlargement of time.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants request that their Motion for Enlargement of Time up to and including **January 30, 2004**, be granted.

DEFENDANTS,
JOSEPH CAPALDO
AND MICHAEL KRUPA

By /s/ Melanie A. Dillon
Melanie A. Dillon
ct24786
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: mdillon@hl-law.com

2

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 3rd day of December, 2003.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

_____
Melanie A. Dillon