UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL. | : | |
| Plaintiff, | : | NO. 3:03cv419 (MRK) |
| v. | : | |
| JOSEPH CAPALDO, ET AL. | : | |
| Defendant. | : | |

## ORDER

The defendants Joseph Capaldo's and Michael Krupa's Motion for Enlargement of Time [Doc. #17], filed December 3, 2003, is **GRANTED in part, DENIED in part**. Defendants shall answer, object or otherwise respond to plaintiff's Requests for Discovery and Production, dated October 8, 2003, on or before **January 5, 2004**. All other deadlines remain unchanged.

**All discovery must be completed by February 1, 2004** in accordance with the Court's Scheduling Order.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 9, 2003