# United States District Court
# District of Connecticut

Pezzenti  
*Plaintiff*  
  v.      Case No. 3:03cv419

Capaldo  
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____ A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖** A settlement conference (orefmisc./cnf.)

____ A conference to discuss the following: (orefmisc./cnf.)

____ Other: (orefmisc./misc)


SO ORDERED this __5th__ day of __January__, __2004__ at New Haven, Connecticut.


            Mark R. Kravitz  
            UNITED STATES DISTRICT COURT JUDGE