UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday January 5, 2004
12:00 p.m.

CASE NO. **3:03cv419 MRK**   Pezzenti, et al v Capaldo, et al

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190


John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510


STATUS CONFERENCE HELD
DATE: 1/5/04

9 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK