UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., | : | |
| INDIVIDUALLY, ET AL | : | NO.: 3:03CV00419 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CAPALDO, ET AL | : | FEBRUARY 27, 2004 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.R. 56, the defendants, JOSEPH CAPALDO and MICHAEL KRUPA, submit that no material facts are in dispute and move that summary judgment enter in their favor as to Counts One, Two and Three of Plaintiffs' Complaint. The defendants have filed a separate Motion for Summary Judgment with respect to the claims asserted by Attorney John Maben.

In support of this Motion, the defendants offer as follows:

1. Anthony Pezzenti's allegation that his Fourth Amendment rights were violated by CAPALDO and KRUPA fails to state a claim upon which relief may be granted;

2. August Pezzenti, Jr.'s allegation that his right to familial association and his substantive due process rights secured to him by the First and Fourteenth Amendment were violated by CAPALDO and KRUPA fails to state a claim upon which relief may be granted;

3. The plaintiffs' claims do not implicate any clearly-established constitutional rights;

**ORAL ARGUMENT IS REQUESTED**

4. The defendants' actions were objectively reasonable; and

5. The plaintiffs' claims against CAPALDO and KRUPA are barred by the doctrine of qualified immunity.

As required by Local Rule 56 (a)(1), a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence is filed herewith.

WHEREFORE, the defendants, JOSEPH CAPALDO and MICHAEL KRUPA, pray that their Motion for Summary Judgment is granted.

THE DEFENDANTS,
JOSEPH CAPALDO and MICHAEL KRUPA

/s/ Melanie A. Dillon
Melanie A. Dillon, ct24786
Thomas R. Gerarde, ct05640
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 27th day of February, 2004.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

/s/ Melanie A. Dillon
Melanie A. Dillon