UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL : | NO.: 3:03CV00419 (MRK) |
| v. : | |
| JOSEPH CAPALDO, ET AL : | FEBRUARY 27, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56 and D.Conn.L.R. 56, the defendants, JOSEPH CAPALDO and MICHAEL KRUPA, submit that no material facts are in dispute and move that summary judgment enter in their favor as to Count Four of Plaintiffs' Complaint. The defendants have filed a separate Motion for Summary Judgment with respect to the claims asserted by Anthony Pezzenti and August Pezzenti, Jr.

In support of this Motion, the defendants offer as follows:

1. John Maben's allegation that CAPALDO and KRUPA interfered with his First and Fourteenth Amendment right to practice his profession fails to state a claim upon which relief may be granted;

2. John Maben's allegation that his right to Equal Protection under the Fourteenth Amendment was violated by CAPALDO and KRUPA fails to state a claim upon which relief may be granted;

3. Maben's claims do not implicate any clearly-established constitutional rights;

4. The defendants' actions were objectively reasonable; and

5. Maben's claims against CAPALDO and KRUPA are barred by the doctrine of qualified immunity.

**ORAL ARGUMENT IS REQUESTED**

As required by Local Rule 56 (a)(1), a memorandum of law and statement of material facts, supported by affidavits, exhibits and other admissible evidence is filed herewith.

WHEREFORE, the defendants, JOSEPH CAPALDO and MICHAEL KRUPA, pray that their Motion for Summary Judgment is granted.

> THE DEFENDANTS,
> JOSEPH CAPALDO and MICHAEL KRUPA
>
> /s/ Melanie A. Dillon
> Melanie A. Dillon, ct24786
> Thomas R. Gerarde, ct05640
> HOWD & LUDORF
> 65 Wethersfield Avenue
> Hartford, CT 06114
> (860) 249-1361
> (860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 27th day of February, 2004.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

> /s/ Melanie A. Dillon
> Melanie A. Dillon

2