UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., | : | |
| INDIVIDUALLY, ET AL | : | NO.: 3:03CV00419 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CAPALDO, ET AL | : | FEBRUARY 27, 2004 |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE OVERLONG BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFFS AUGUST PEZZENTI, JR., AND ANTHONY PEZZENTI

The defendants, JOSEPH CAPALDO and MICHAEL KRUPA, move for permission to file an overlong memorandum of law in support of their Motion for Summary Judgment as to the claims of August Pezzenti, Jr., and Anthony Pezzenti, dated February 27, 2004. The defendants seek permission to file a brief with a total of 44 pages. The 44th page is comprised only the certification required by the rules.

In support of this motion, the defendants offer as follows:

1. The plaintiff's complaint includes allegations of violations of the First, Fourth and Fourteenth Amendments including the rights to intimate and familial association and false arrest and as well as a state law tort claim for intentional infliction of emotional distress;

2. The legal issues presented by the First and Fourteenth Amendment are complicated and required a great deal of legal discussion in order to place the plaintiffs' claims in context of the defendants' affirmative defenses;

3. Because the 44th page is comprised of only a certification, the defendants seek three (3) additional pages beyond the limit set by the Local Rules;

**ORAL ARGUMENT IS REQUESTED**

4. Defense counsel attempted to contact plaintiffs' counsel to ascertain whether there would be any objection to this Motion but plaintiffs' counsel never responded.

WHEREFORE, the defendants pray that their Motion for Permission to File Overlong Brief is granted.

        THE DEFENDANTS,
        JOSEPH CAPALDO and MICHAEL KRUPA

        /s/ Melanie A. Dillon
        Melanie A. Dillon, ct24786
        Thomas R. Gerarde, ct05640
        HOWD & LUDORF
        65 Wethersfield Avenue
        Hartford, CT 06114
        (860) 249-1361
        (860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via US Mail to the following counsel of record this 27th day of February, 2004.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

        /s/ Melanie A. Dillon
        Melanie A. Dillon