UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL | : | NO.: 3:03CV00419 (MRK) |
| v. | : : : | |
| JOSEPH CAPALDO, ET AL | : | February 26, 2004 |

### AFFIDAVIT OF OFFICER JOSEPH CAPALDO

The undersigned, having been duly sworn, do hereby depose and say:

1. I am over eighteen years of age;

2. I believe in the obligation of an oath;

3. I joined the Town of Canton Police Department on November 10, 1997;

4. On September 12, 2002 around 4:30 p.m., Anthony Pezzenti telephoned the Canton Police Department to report that his mother, Elizabeth Pezzenti, hit him;

5. Dispatcher Judy Lockwood transferred the telephone call to me;

6. Anthony was very upset and crying on the phone. He reported that he was just hit in the face by his mother, Elizabeth Pezzenti. Anthony also stated that Mrs. Pezzenti hit him in the mouth with a phone, which cut his lip;

7. As a result of Anthony's phone call, Sergeant Michael Krupa and I responded to the Pezzenti residence to investigate the matter further;

# Exhibit A

8. Upon our arrival at the residence, we were met by Anthony Pezzenti, who was standing outside the front door;

9. Sergeant Krupa spoke with Anthony while I entered the residence to speak with Mrs. Pezzenti;

10. Mrs. Pezzenti told me that the incident began when she asked Anthony to go in the back yard and clear the leaves. Mrs. Pezzenti stated that she wanted Anthony to start on one side of the yard and Anthony wanted to start at a different location. Therefore, Mrs. Pezzenti told Anthony to go to his room;

11. Mrs. Pezzenti stated that Anthony went to his room but he was being "mouthy" and told her that he hated her. Mrs. Pezzenti also stated that Anthony told her that he was glad she had him so he could make her life miserable;

12. Mrs. Pezzenti admitted that she slapped Anthony in the face twice with an open hand;

13. Mrs. Pezzenti explained that she tossed the phone to Anthony when he said that he was going to call the police;

14. I also spoke with Anthony Pezzenti about the incident with his mother. Anthony initially told me that he did not want to get hit anymore;

15. Anthony stated that the argument with his mother began when he was asked to clear leaves from the back yard. Anthony stated that he wanted to remove the leaves his way but his mother didn't approve and sent him to his room;

16. Anthony stated that while he was in his room he told his mother that she should have never had him because he makes her life miserable;

17. Anthony stated that Mrs. Pezzenti slapped him on the right side of his face and he told her he was going to call the police;

18. Anthony stated that Mrs. Pezzenti told him to go ahead and call the police and threw the phone at him, hitting him in the mouth and cutting his lip;

19. I observed that Anthony's lip was freshly cut open on the inside;

20. Anthony stated several times that he did not want to get hit anymore;

21. Anthony stated that he was struck by one of his parents at least once per week.  Anthony also stated that his father, August Pezzenti, Jr., occasionally strikes him with a belt;

22. Anthony indicated that he was not afraid to be at home, but he did not want to get hit anymore;

23. Mr. Pezzenti was not home at this time; therefore, Sergeant Krupa and I determined that the best course of action at the time would be to remove Anthony from the home and contact the Connecticut Department of Children and Families (hereinafter "DCF") for an interview with Anthony;

24. I informed Mrs. Pezzenti that we were taking Anthony to the police department and would be contacting DCF for an interview;

25. Sergeant Krupa transported Anthony to the Canton Police Department;

26. Upon my arrival at the police department, I contacted Janet Billiter at DCF and informed her of this incident. Ms. Billiter stated that a social worker would respond to the Canton Police Department to interview Anthony;

27. Anthony sat in the dispatch room with dispatcher Judy Lockwood, while we waited for the DCF to arrive;

28. I did not interrogate, interview or take a statement from Anthony Pezzenti while we were waiting for DCF to arrive on September 12, 2002;

29. At approximately 9:20 p.m., Scott Harvey, a social worker from DCF, arrived at the Canton Police Department and interviewed Anthony and his parents for approximately one hour;

30.     Mr. Harvey determined that Anthony could return home that evening.

Dated at Canton, Connecticut, this 27th day of February, 2004.

/s/ Joseph Capaldo
Joseph Capaldo

STATE OF CONNECTICUT    )
                        ) ss:  Canton
COUNTY OF HARTFORD      )

Subscribed and sworn to before me this 27th day of February, 2004.

/s/ Judith R. Lockwood
Notary Public
My commission expires: 10/31/2004