| ARREST WARRANT APPLICATION/AFFIDAVIT | STATE OF CONNECTICUT SUPERIOR COURT |
|---|---|
| Substitute JD-CR-64a Rev. 5-02 C.G.S. 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3 | |

| DOB: 11/02/1958   W/F | AGENCY NAME Canton Police Department: | AGENCY NO. 2002006962 |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED Pezzenti, Elizabeth    63 Secret Lake Rd ; Canton, CT | COURT TO BE HELD AT (Town) Hartford Superior Court | G.A. NO 14 |

## AFFIDAVIT

The undersigned affiant, being duly sworn, deposes and says:

1. That, I, Police Officer Joseph Capaldo, have been a police officer since November 1997. I am employed by the Canton Police Department currently assigned to the Patrol Division. I have received specialized training in the investigation of criminal and other matters. The facts and circumstances contained in this affidavit are from personal knowledge, investigation and information supplied by brother and/or sister officers, or others acting in their official capacity.

2. That, On 09/12/02 this Affiant was telephoned by Anthony Pezzenti (DOB 12/26/90. That, Anthony was very upset and was crying on the phone. That, Anthony stated to this Affiant that he was just "hit in the face" by his mother. That, Anthony also stated that his mother hit him in the mouth with the phone, cutting his lip. That, this Affiant and Sgt. Krupa responded to the Pezzenti residence.

3. That, Upon arriving at the residence we were met by Anthony, standing outside the front door. That, Sgt. Krupa spoke with Anthony while I entered the residence and spoke to Anthony's mother, Elizabeth Pezzenti (DOB 11/02/58). That, While speaking to Mrs. Pezzenti she stated to this Affiant that she had an argument with Anthony. That, Mrs. Pezzenti stated that this began when she asked Anthony to clear the leaves from the back yard. That, Mrs. Pezzenti stated that she told Anthony to start on one side of the yard while Anthony insisted on starting the opposite side. That, Mrs. Pezzenti stated that she then told Anthony to go to his room.

4. That, Mrs. Pezzenti stated that she followed Anthony to his room and he was being "mouthy". That, Mrs. Pezzenti stated that Anthony told her that he hated her and that he stated to her, "I'm glad you had me so I can make your life miserable". That, Mrs. Pezzenti stated that she then slapped Anthony in the face twice with an open hand. That, Mrs. Pezzenti stated after she struck Anthony he told her that he wanted to call the police. That, Mrs. Pezzenti stated that she then picked up the phone and "tossed" it to Anthony.

5. That, this Affiant then asked Mrs. Pezzenti if she tossed the phone to Anthony, or threw it at Anthony. That, At this Mrs. Pezzenti pick up an item off of the counter and threw it across the room, smashing it against the wall. That, Mrs. Pezzenti then stated, "I didn't do this". That, At this time I went to speak with Anthony.

6. That, Upon speaking with Anthony he stated to this Affiant that he did have the argument with his mother about clearing the leaves. That, Anthony stated that he was "wising off" while walking to his room and told his mother that he hated her. That, Anthony also stated that he said to his mother, " you should have never had me, all I do is make your life miserable". That, Anthony stated that Mrs. Pezzenti then slapped him in the face. That, Anthony stated that he was crying and told Mrs. Pezzenti that he was going to call the police and pulled the bed covers over his head . That, Anthony stated that Mrs. Pezzenti then said , "go ahead, call the police" and threw the phone at him, hitting him and cutting the inside of his lip. That, this Affiant observed a fresh cut on the inner lip of Anthony but did not see any marks on Anthony's face.

7. That, While speaking with Anthony, he stated several times that he was sick of getting hit and that he always gets hit. That, Anthony stated that he gets hit at least one time per week and that he doesn't always deserve it. That, Anthony stated that this past week he received a demerit in school and when his father, August Pezzenti

(This is page 1 of a 2 page Affidavit.)

| DATE AND SIGNATURE | DATE 09/13/02 | SIGNED (Affiant) |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 09/13/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct./Notary Pub.) Michael D. Krupa SGT. |
| SIGNED (Prosectorial Official) | DATE 9/24/02 | SIGNED (Judge /Judge Trial Referee) | DATE 9-25-02 |

Exhibit G

**ARREST WARRANT APPLICATION/AFFIDAVIT**
Substitute JD-CR-64a  Rev. 5-02
C.G.S. 54-2a, Pr. Bk. Sec. 36-1, 36-2, 36-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

| DOB: 11/02/1958  W/F | AGENCY NAME: Canton Police Department | AGENCY NO. 2002006962 |
|---|---|---|
| NAME AND RESIDENCE (Town) OF ACCUSED: Pezzenti, Elizabeth    63 Secret Lake Rd ; Canton, CT | COURT TO BE HELD AT (Town): Hartford Superior Court | G.A. NO: 14 |

## AFFIDAVIT

The undersigned affiant, being duly sworn, deposes and says:

found out, Anthony's punishment was 10 whips on the "butt" with a belt. That, when this Affiant asked Anthony if he was afraid to be home he stated, "no, I just don't want to get hit anymore".

8. That, At this time Sgt. Krupa and this Affiant determined the best course of action would be to remove Anthony from the residence and contact DCF to have a Social Worker interview Anthony. That, this action was explained to Mrs. Pezzenti. That, Mrs. Pezzenti then asked this Affiant if she could say goodbye to Anthony, to which this Affiant agreed. That, Upon approaching Anthony, Mrs. Pezzenti hugged Anthony and he began to cry. That, Mrs. Pezzenti then asked Anthony if he knew why she hits him. That, Mrs. Pezzenti then stated to Anthony that the Bible gives her the right to hit him. That, Anthony stated to Mrs. Pezzenti, "why do I always get hit, none of my friends get hit". That, Mrs. Pezzenti then put both her hands on Anthony's shoulders and shook him, stating, "its because you're a brat". That, this Affiant then interjected telling Mrs. Pezzenti "that's enough". That, Mrs. Pezzenti then looked at this Affiant and stated that she was only kidding. That, at this time Anthony was transported to police HQ to await the arrival of Scott Harvey of the Dept. of Children and Families.

9. That, Upon the arrival of Mr. Harvey, each family member was interviewed separately. That, Mr. Harvey's determination was that he did not feel that Anthony was in danger if he were to return home. That, While speaking with Mr. Harvey following the release of Anthony, Mr. Harvey informed this Affiant of the pertinent details of his interviews. That, Mr. Harvey explained to this Affiant that all parties stated to him that Mrs. Pezzenti is the main disciplinarian. That, Mrs. Pezzenti admitted to striking Anthony with an item she called a paddle or a stick. That, Mr. Harvey informed this Affiant that he believes it to very rare that Mr. Pezzenti disciplines Anthony.

10. That, This Affiant then spoke with Mr. and Mrs. Pezzenti. I informed both that it was not lawful to discipline their children by striking them with an object. That, Mrs. Pezzenti was visibly bothered by this and stated to this Affiant, "but I don't have the power to hurt him with just my hands".

11. That, based on the facts and circumstances contained herein, I have probable cause to believe that Elizabeth Pezzenti has committed the crime of Breach of Peace 2nd degree (PA01-2 sec6). I respectfully request that a warrant for the arrest of Elizabeth Pezzenti issue.

*(This is page 2 of a 2 page Affidavit.)*

| DATE AND SIGNATURE | DATE: 09/13/02 | SIGNED (Affiant): [signature] |
|---|---|---|
| JURAT | SUBSCRIBED AND SWORN TO BEFORE ME ON (Date): 09/13/02 | SIGNED (Judge, Clerk, Comm. Sup. Ct., Notary Pub.): Michael D. Krupa, SGT |
| SIGNED (Prosecutorial Official): [signature] 9/10/03 | DATE: 9/24/0 | SIGNED (Judge/Judge Trial Referee): [signature]   DATE: 9-25-02 |

Exhibit G