**FAMILY VIOLENCE PROTECTIVE ORDER**

JD-CR-58X Rev. 12-01
C.G.S. §§ 46b-38c(d), 53a-223, P.A. 01-130
16 U.S.C. § 2265

**\*\* ATTENTION DEFENDANT \*\***
SEE PAGE 2 FOR FIREARMS RESTRICTIONS AND OTHER INFORMATION CONCERNING ORDERS OF PROTECTION.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.state.ct.us



**DISTRIBUTION INSTRUCTIONS**
1. Retain original for court file; send copies to the Defendant and Family Relations.
2. Within 48 hours of issuance of this order, send certified copies to law enforcement agencies covering the towns of residence of both the Victim and the Defendant, and if requested, to the law enforcement agency covering the Victim's town of employment.

| J.D./G.A. | COURT LOCATION (No., street, town, zip code, and courtroom, if applicable) | DOCKET NO. |
|---|---|---|
| 14 | 101 Lafayette St. | CR-564746 |

| NAME OF DEFENDANT (Respondent) | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|
| Perzenti, Elizabeth | 11/2/58 | F | C |

| ADDRESS OF DEFENDANT | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 63 Secret Lake Rd. | Canton | CT | 06019 |

IT HAS BEEN ALLEGED THAT:
☐ The above-named Defendant (Respondent) holds a permit to carry a pistol or revolver.
☐ The above-named Defendant (Respondent) possesses one or more firearms.

| SEALED FROM PUBLIC ☑ | NAME OF VICTIM (Protected Party) | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|
| | Anthony Perzenti | 12/26/90 | M | C |

| SEALED FROM PUBLIC ☑ | ADDRESS TO WHICH MAIL IS TO BE SENT | (City) | (State) | (Zip Code - Required) |
|---|---|---|---|---|
| | 63 Secret Lake Rd. | Canton | CT | 06019 |

OPTIONAL: If additional notification to law enforcement was requested: VICTIM'S TOWN OF EMPLOYMENT (State) (Do not enter zip code)

☐ "X" here if there is any other protective or restraining order in effect for either party connected with this action.

**PROTECTIVE ORDER**

**ON THIS DATE IT IS HEREBY ORDERED THAT:**
THE ABOVE-NAMED DEFENDANT (Respondent),

☑ Refrain from imposing any restraint upon the person or liberty of the Victim. (P1)
☑ Refrain from threatening, harassing, assaulting, molesting, or sexually assaulting the Victim. (P2)
☐ Refrain from entering the family dwelling or the dwelling of the Victim. (P3)
☐ Defendant may return to the dwelling one time with police to retrieve belongings. (P4)

| SEALED FROM PUBLIC ☐ | ADDRESS OF DWELLING (If different from Victim's mailing address above) | (City) | (State) | (Zip Code) |
|---|---|---|---|---|

☐ Refrain from having any contact in any manner with the Victim. (P5)
☐ Refrain from stalking the Victim. (P6)
☐ Refrain from coming within 100 yards of the Victim. (P7)
☐ Refrain from entering the Victim's place of employment. (P8)
☐ This order extends to the Victim's minor children. (P9)
☑ Further order: (P10)

_Comply with DCF._

**THIS ORDER REMAINS IN EFFECT UNTIL FINAL DISPOSITION OF THE CRIMINAL CASE OR UNTIL FURTHER ORDER OF THE COURT.**

| BY THE COURT | SIGNED (Judge, Assistant Clerk) | DATE SIGNED |
|---|---|---|
| | [signature] | 10/3/02 |

**CERTIFICATION**
I hereby certify that the foregoing is a true copy of the protection order in the herein named cause, as on file and of record appears. In witness whereof, I have hereunto set my hand and the seal of said court on:

| SIGNED (Assistant Clerk) | DATE SIGNED |
|---|---|
| [signature] | 10-3-03 |

Exhibit H

VEA LA TRADUCCIÓN AL ESPAÑOL EN LA PÁGINA 2