UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL | : : | |
| VS. | : | NO. 3:03CV419(MRK) |
| JOSEPH CAPALDO, ET AL. | : | MARCH 22, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO MOTION FOR SUMMARY JUDGMENT**

    The plaintiffs respectfully move for a three-week extension of time until April 12, 2004, to respond to the Motion for Summary Judgment filed by the defendants under date of February 27, 2004.  In support of this motion, the plaintiffs represent as follows:

    1.  No prior motion for this form of relief has been filed.

    2.  Defense counsel is not in her office today, and is unavailable to advise her position on this motion.

    3.  The undersigned has just concluded a trial before Judge Underhill and begins presentation of evidence in a trial before Judge Covello on March 23.  He devoted the past weekend to preparing a response to a lengthy motion for summary judgment in a case before Judge Arterton.  He has not had sufficient time to prepare a response to the summary judgment motion in this case.

        THE PLAINTIFF, AUGUST PEZZENTI, JR.,
INDIVIDUALLY AND AS NEXT FRIEND OF
HIS MINOR SON, ANTHONY PEZZENTI,

BY_____
    John R. Williams (ct00215)
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone: 203.562.9931
    FAX: 203.776.9494
    E-Mail: jrw@johnrwilliams.com
    His Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Attorney Melanie A. Dillon, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114.

_____
JOHN R. WILLIAMS