## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL. | : | |
| Plaintiff, | : | NO. 3:03cv419 (MRK) |
| v. | : | |
| JOSEPH CAPALDO, ET AL. | : | |
| Defendant. | : | |

## ORDER

Plaintiffs' Motion For Extension Of Time To Respond To Motion For Summary Judgment [doc. #28], dated March 22, 2004, is hereby **GRANTED, absent objection**. Plaintiff shall respond to defendants' Motion For Summary Judgment on or before **April 12, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 1, 2004.