UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday April 6, 2004
1:30 p.m.

CASE NO. **3:03cv419 MRK**    **Pezzenti, et al v Capaldo, et al**

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

Melanie A. Dillon
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
860-249-1361

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510
203-562-9931

STATUS CONFERENCE HELD
DATE: 4/6/04
5 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK