UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUGUST PEZZENTI, JR.        :   NO: 3:03CV00419 (MRK)
INDIVIDUALLY, ET AL
                                  :
vs.                         :

JOSEPH CAPALDO, ET AL       :   DECEMBER 11, 2003


DEPOSITION OF: AUGUST PEZZENTI, JR.


APPEARANCES:

    WILLIAMS & PATTIS, LLC
      Attorneys for the Plaintiffs
      51 Elm Street
      New Haven, CT 06510
      (203) 562-9931
    BY: CHRISTY DOYLE, ESQ.


    HOWD & LUDORF
      Attorneys for the Defendants
      65 Wethersfield Avenue
      Hartford, CT 06114
      (860) 249-1361
    BY: THOMAS R. GERARDE, ESQ.


IN ATTENDANCE:

August Pezzenti
Elizabeth Pezzenti

52

1  with these other contacts.

2    A.  I understand that.

3    Q.  So, I am just going to try and just say focused on

4  that so we can move forward.  The first you heard of anything

5  was what?

6    A.  3:30.

7    Q.  3:30 in the afternoon on September 12th.  And what

8  did you hear?

9    A.  My wife called me crying told me that the police

10  just came and took my son.

11    Q.  Did she tell you anything more than that?

12    A.  She couldn't talk.  She was crying.  She couldn't.

13    Q.  And I can imagine that when any father hears that,

14  he doesn't just say, Okay.  He says, tell me more.  What is

15  happening?

16    A.  I didn't say nothing.  I left Southington at 3:30.

17  I was -- I left Southington at 3:30 rush hour, and I arrived

18  at the Canton -- Old Canton Police Department at quarter after

19  four.  I couldn't find where to go because I was -- you know,

20  when you hear something like that, you're, kind of, upset.

21  So, I said where -- oh, no.  So, I found it.  They have no

22  sign in front of the place.  So, I found the police

23  department.  I go in there and I says to the desk sergeant, I

24  says, Where is my son Anthony?  Well, he is not here yet.  And

25  I says, Well, what do you mean he's not here yet.  They took

53

1  him from my house at 3:30. It's twenty after four. Where is
2  my son? They don't know. He's with the officer. At 4:30
3  they pulled in with the cruiser in front of the police
4  department right by the camera. There was a camera right
5  there. I ran over to the car. I was crying. I said,
6  Anthony, come with me. Capaldo says, he is in our custody
7  right now. You cannot talk to him. I says okay. I says,
8  what is my son doing in the front seat of that cruiser with no
9  seat belt or nothing on and what are you doing with my son for
10  a whole hour coming from the police department when we live
11  probably a half mile to a mile from the new police department?
12  Why did you have my son with you for an hour?
13     Q.  What was the response?
14     A.  That's the way it is. They had -- no. They said
15  they had other calls. So, what they did is they took Anthony
16  on a couple of the road calls. Some person broke down,
17  another one was a car accident. And they left him in the
18  cruiser with it running while they investigated these other
19  two people.
20     Q.  Did you find that out from Anthony?

21   A.  Yes, I did.  Anthony was very, very upset when he

22   got to the police department.  He says, Daddy, they took me on

23   a ride.  They did this and, you know --

24   Q.  Okay.  So, at some point you -- I want to just take

25   you through some of this again.  After your wife tells you

NIZIANKIEWICZ & MILLER REPORTING SERVICES

54

1  that the police came and took Anthony, are you saying that you
2  didn't ask her what for?
3     A.  No.  I didn't ask her nothing, no.  I asked -- she
4  said that the police were here and they took Anthony.  And I
5  said, Where is he?  She says, They took him to the police
6  department.  That's all because she was crying so bad I
7  couldn't really understand her.
8     Q.  Did you ask her what police officers were there?
9  Did you know the names then?
10    A.  No.  I didn't ask her anything.
11    Q.  Okay.  And just so I'm clear, as of that time you
12  hadn't had any problems with any Canton Police Officer
13  including Capaldo and Krupa?
14    A.  No.
15    Q.  I am correct about that?
16    A.  Well, I had those other incidents, but it wasn't
17  nothing for a long time.  You know what I mean?
18    Q.  Well, but I thought before -- in other words, every
19  connection or contact with Capaldo and Krupa was a positive
20  experience --

21    A.   Oh, yes.

22    Q.   -- for you?

23         MS. DOYLE:  Object to the form.

24    Q.   (By Mr. Gerarde)  In other words -- let me say it

25  differently, then.  The contacts that you had with the Canton


NIZIANKIEWICZ & MILLER REPORTING SERVICES

55

1  Police Department were not anything negative from your

2  perspective --

3     A.  No.

4     Q.  -- in terms of you didn't feel they treated you

5  unfairly, am I right about that --

6     A.  Yes.

7     Q.  -- as of September 12th of '02?

8     A.  Yes.

9     Q.  Okay.  So, when you heard that the Canton Police had

10  custody of your son, it wasn't something that stirred up any

11  old beef you had with the police?

12     A.  No.

13     Q.  All right.  So, you arrive at the police department.

14     A.  I left Southington, which Southington to

15  Collinsville is about 27 miles.  I traveled to get there at

16  rush hour.

17     Q.  So, your best recollection is sometime around

18  quarter after four you arrived?

19     A.  I know I left Southington at 3:30, and I arrived at

20  the old police department at quarter after four.  I got

21   directions and I went a mile down the road and I was at their

22   police department at 4:20.

23       Q.   You were at the new police department --

24       A.   Right.

25       Q.   -- at 4:20?


NIZIANKIEWICZ & MILLER REPORTING SERVICES

56

1    A.  Yes, and my son was not there.

2    Q.  And you went into the lobby and the desk sergeant
3  said, He is not here yet?

4    A.  Yes.

5    Q.  And how long after that conversation was it that you
6  then saw the cruiser pull in with Anthony?

7    A.  The cruiser pulled in at about 4:30, 4:35.

8    Q.  Okay.

9    A.  Right up front by the camera, too.

10    Q.  When you say by the camera, did the cruiser pull
11  into --

12    A.  No.  They pulled in front of the police department.
13  There are cameras right on the poles there.

14    Q.  Okay.  So, they didn't bring Anthony in the way they
15  bring prisoners in?

16    A.  No.  They came through the front door.

17    Q.  What you have told me is that when you saw the
18  cruiser pull up, you didn't wait for Anthony to walk in, you
19  walked over to the cruiser?

20    A.  I ran right out to the cruiser, right to Anthony's

21  door.

22    Q.  Okay.  And what was his demeanor at that time?  Was

23  he --

24    A.  He was crying.

25    Q.  He was crying?

NIZIANKIEWICZ & MILLER REPORTING SERVICES

57

1    A.  Yes.

2    Q.  Crying out loud or tears running --

3    A.  Crying and very, very upset that he wanted -- that

4 he -- of what was going on.

5    Q.  Okay.  So, you saw Anthony crying and he was in the

6 front seat of the cruiser?

7    A.  Yes, he was.

8    Q.  How many police officers were with him?

9    A.  One.  Officer Capaldo -- no.  Krupa was driving.

10 Anthony was over here, and Capaldo -- I never seen Capaldo

11 come in.

12    Q.  Okay.  So, you see Krupa pull up to the police

13 department in a cruiser with Anthony seated in the front seat

14 next to him?

15    A.  Yes.

16    Q.  And Anthony you say was crying?

17    A.  Yes.

18    Q.  And when you went over and spoke to Anthony --

19    A.  He wouldn't even let me speak to him.

20    Q.  So, you went and spoke to the policeman first?

21     A.  I went to the door.  And as I went to the door to

22  see Anthony, he came around and says, Stay away.  He's in our

23  custody now.

24     Q.  Just so I get a picture of that, you were trying to

25  get to Anthony's door which was -- is that right?


NIZIANKIEWICZ & MILLER REPORTING SERVICES

58

1   A.   This is the police department here.  This is the
2   driveway in between.  This is the police department.  They
3   came in like that, came up in front of the police
4   department --
5   Q.   Okay.
6   A.   -- parked the cruiser by a sidewalk.  The camera is
7   here on the pole.  I came running out of the police
8   department.  I went around to the side of the cruiser door and
9   Anthony was crying.  He came out and went around this way as
10  if I was going to grab him and he says, Get away.  I said, my
11  kid is upset here.
12  Q.   I'm sorry.  Go ahead.
13  A.   I says, My kid is upset here, and I would like to
14  talk to him.  He says, You cannot talk to him.  And I says,
15  Well, I wasn't involved in this deal, you know.  And I says,
16  you know, You fill me in.  He says, No.  He rushed him right
17  inside and put him in a locked room.
18  Q.   All right. Just so I'm clear about this, you tried
19  to approach Anthony's door?
20  A.   I didn't touch the door.  I just ran up to him like

21  a father would do.

22     Q.  Okay.  And then what happened is that Krupa got out

23  of his car?

24     A.  The driver's door.

25     Q.  And walked around?


NIZIANKIEWICZ & MILLER REPORTING SERVICES

114

1              C E R T I F I C A T E

2

3         I, Christine E. Borrelli, a Notary Public and

4   Licensed Court Reporter for the State of Connecticut, do

5   hereby certify that the deposition of AUGUST PEZZENTI, JR.,

6   was taken before me pursuant to the Connecticut Practice Book

7   at the Law Offices of Howd & Ludorf, 65 Wethersfield Avenue,

8   Hartford, Connecticut, commencing at 10:20 a.m. on Thursday,

9   December 11, 2003.

10         I futher certify that the witness was first sworn by

11  me to tell the truth, the whole truth, and nothing but the

12  truth, and was examined by counsel, and his testimony was

13  stenographically reported by me and subsequently transcribed

14  as herein before appears.

15         I further certify that I am not related to the

16  parties hereto or their counsel, and that I am not in any way

17  interested in the events of said cause.

18         Witness my hand this 28th day of December, 2003.

19

20

21

                          _____

22                        Christine E. Borrelli
                          Notary Public

23                        CT License No. 117

My Commission Expires:

24   June 30, 2006

25

NIZIANKIEWICZ & MILLER REPORTING SERVICES