UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL. | : | |
| Plaintiff, | : | NO. 3:03cv419 (MRK) |
| v. | : | |
| JOSEPH CAPALDO, ET AL. | : | |
| Defendant. | : | |

**ORDER**

Defendants' Motion For Permission To File Overlong Brief In Support Of Motion For Summary Judgment As To Plaintiffs August Pezzenti, Jr., And Anthony Pezzenti [doc. #24], dated February 27, 2004, is hereby **GRANTED** *nunc pro tunc*.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: April 16, 2004.