UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL | : | NO.: 3:03CV00419 (MRK) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH CAPALDO, ET AL | : | APRIL 20, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b)1(a), the defendants, Joseph Capaldo and Michael Krupa, hereby request an extension of time of ten (10) days, up to and including May 10, 2004, in which to file their response to the plaintiffs' Brief in Opposition to the Motions for Summary Judgment.

During the telephonic status conference on April 6, 2004, the Court inquired of defendant's counsel whether additional time in which to respond to plaintiffs' opposition brief would be necessary. Defendants' counsel replied that she would need to review the plaintiffs' brief prior to determining how much additional time might be necessary in which to respond. Accordingly, the Court indicated that if additional time was in fact required for the defendants to respond to plaintiffs' brief, defendants' counsel should file a motion with the Court requesting an extension of time.

Due to defendants' counsel's present schedule and work load, the defendants' counsel represents that another ten days will be required in which to

ORAL ARGUMENT IS NOT REQUESTED

prepare an adequate response to plaintiffs' Brief in Opposition to the Motions for Summary Judgment.

The undersigned counsel has contacted counsel for the plaintiff, Attorney John R. Williams, and Attorney Williams has no objection to the granting of this motion.  This is the first request for an extension of time made by this defendant relative to the plaintiffs' Brief in Opposition to the Motions for Summary Judgment.

WHEREFORE, the undersigned defendants, Joseph Capaldo and Michael Krupa, hereby request that their Motion for Extension of Time, up to and including May 10, 2004, be granted.

DEFENDANTS,
JOSEPH CAPALDO
AND MICHAEL KRUPA


By___/s/ Melanie A. Dillon_____
   Melanie A. Dillon
   Ct24786
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  mdillon@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 20th day of April, 2004.

John R. Williams, Esquire
Williams and Pattis, LLC
51 Elm Street
New Haven, CT  06510

                                                                 _____/s/ Melanie A. Dillon_____
                                                                 Melanie A. Dillon