UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., INDIVIDUALLY, ET AL. : | |
| Plaintiff, : | NO. 3:03cv419 (MRK) |
| v. : | |
| JOSEPH CAPALDO, ET AL. : | |
| Defendant. : | |

## ORDER

Plaintiffs' Motion For Extension Of Time [doc. #34], dated April 20, 2004, is hereby **GRANTED to the following extent**. Defendants shall respond to Plaintiffs' Opposition to the Motion For Summary Judgment on or before **May 6, 2004**.

IT IS SO ORDERED.

/s/        Mark R. Kravitz
                  U.S.D.J.

Dated at New Haven, Connecticut: April 26, 2004.