HONORABLE M. R. Kravitz  Civil (April 12, 2004)
DEPUTY CLERK K. Silda  RPTR/ERO/TAPE Thea

TOTAL TIME: 1 hours 15 minutes

DATE May 18, 2004   START TIME 3:05   END TIME 3:20
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Pezzenti, et al

CIVIL NO. 3:03cv419 mrk

vs.

Christy Doyle
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Thomas R. Gerarde
Defendants Counsel

Capaldo, et al

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing  ☐ Show Cause Hearing
☐ Evidentiary Hearing  ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

| | Doc# | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|---|
| ☑ | #21 | Motion | For Summary Judgment | ☐ | ☐ | ☑ |
| ☑ | #23 | Motion | For Summary Judgment | ☐ | ☐ | ☑ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | # | Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | | ☐ | ☐ | ☐ |

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

Hearing continued until _____ at _____