UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., : | |
| Individually and as next friend of his : | |
| minor son, ANTHONY PEZZENTI, and : | |
| JOHN C. MAYBEN : | NO. 3:03CV419 (MRK) |
| : | |
| VS. : | |
| : | |
| JOSEPH CAPALDO and : | |
| MICHAEL KRUPA : | MAY 20, 2004 |

## APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the Plaintiffs,

August Pezzenti, Jr., Anthony Pezzenti and John C. Mayben.

                            THE PLAINTIFFS

                    BY_____
                        CHRISTY H. DOYLE (ct23458)
                        Williams and Pattis, LLC
                        51 Elm Street
                        New Haven, CT 06510
                        Tel: 203-562-9931
                        Fax: 203.776.9494
                        Their Attorney

## **CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Attorneys Melanie A. Dillon and Thomas R. Gerarde at Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114.

_____
CHRISTY H. DOYLE