UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUGUST PEZZENTI, ET AL | : | |
| VS. | : | 3:03CV00419(MRK) |
| JOSEPH CAPALDO, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint.  In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

                Respectfully submitted,

                _/s/ Christy H. Doyle_____
                Christy H. Doyle
                65 Wethersfield Ave
                Hartford, CT 06114
                860-249-1361
                FAX: 860-249-7665
                Federal Bar No. ct23458
                His Attorney

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Thomas R. Gerarde  
Howd & Ludorf  
65 Wethersfield Ave.  
Hartford, CT 06114-1190

                                                               _____  
                                                               Christy H. Doyle