UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUGUST PEZZENTI, JR., <br> Individually and as next friend of his <br> minor son Anthony Prezzenti, <br> JOHN C. MAYBEN <br><br> Plaintiffs <br><br> v. <br><br> JOSEPH CAPALDO, <br> MICHAEL KRUPA <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : NO.  3:03cv419 (MRK) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## JUDGMENT

This matter came on for consideration on defendants' Motion for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on September 23, 2004, entered a Memorandum of Decision granting the relief.

It is therefore ORDERED and ADJUDGED that  judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 27th day of September, 2004.

                                              KEVIN F.  ROWE, CLERK
                                              By
                                               /s/ Kenneth R. Ghilardi
                                              Kenneth R. Ghilardi
                                              Deputy Clerk

EOD: _____